UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

        Case No. 90-70135

        HON. GEORGE CARAM STEEH

TERRANCE MURRAY,

        Defendant,

and

JP MORGAN CHASE BANK, NA,

        Garnishee Defendant.
_____/

ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S REQUEST FOR HEARING ABOUT THE GARNISHMENT AND CLAIM FOR EXEMPTIONS (DOC. # 24)

    A judgment has been entered in this case in favor of the government. The government alleges that defendant Terrance Murray presently owes the amount of $8,839.38. (Doc. 23). A writ of garnishment has issued to JP Morgan Chase Bank. Murray has filed a request for hearing about the garnishment and claim for exemptions, stating that his only source of income is exempt social security disability benefits and food stamps. In its response, the government indicates that such funds may be exempt from garnishment, and states that it has forwarded to defendant a 'total permanent disability application." Once it receives that application from Murray, the government states it will evaluate whether discharge of the payment obligations is warranted.

For the foregoing reasons, Murray's request for a hearing is hereby DENIED WITHOUT PREJUDICE.  Should Murray desire a hearing following the government's review of his application, he is instructed to file a new request for hearing.

**IT IS SO ORDERED**.

Dated:  September 10, 2013

                                        s/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on September 10, 2013, by electronic and/or ordinary mail and also on Terrance Murray, 26121 Eureka Road, Apartment 202, Taylor, MI  48180.

s/Barbara Radke
Deputy Clerk